UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JERRY W. CARROLL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:13-0152 |
| | ) | Judge Sharp |
| **DR. PELMOME; TONYA TAYLOR;** | ) | |
| **CONNIE BLANTON; DR. CHERRY;** | ) | |
| **and CCA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Magistrate Judge Brown has issued a Report and Recommendation recommending that the Complaint be dismissed without prejudice as to Defendant Connie Blanton for failure to effect service. No objections have been filed and the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Docket No. 137) is hereby ACCEPTED and APPROVED and Defendant Connie Blanton is hereby DISMISSED WITHOUT PREJUDICE from this action because Plaintiff has not effected service as to her as required by Rule 4(m) of the Federal Rules of Civil Procedure.

This case is returned to Magistrate Judge Brown for consideration of the pending Motion for Summary Judgment (Docket No. 114) filed on behalf of the remaining Defendants.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE